FILED
April 11, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR S-06-0141 MCE |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| CANTRELL MONIQUE HILLS, ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __CANTRELL MONIQUE HILLS__, Case No. __CR S-06-0141 MCE__, Charge __18 USC §§ 287 and 2__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   **X**   Release on Personal Recognizance

   ___   Bail Posted in the Sum of $_____

       ___   Unsecured Appearance Bond $_____

       ___   Appearance Bond with 10% Deposit

       ___   Appearance Bond with Surety

       ___   Corporate Surety Bail Bond

   **X**   (Other)   _Pretrial Services Supervision on Conditions_.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __April 11, 2006__ at __3:45 p.m.__

By  _/s/ Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal