DANIEL BRODERICK, Bar #89424
Acting Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
CANTRELL HILLS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | CASE NO. 2:06-cr-0141 MCE |
| Plaintiff,     ) | |
| v.     ) | ORDER CONTINUING STATUS |
|     ) | CONFERENCE AND EXCLUDING TIME |
| CANTRELL HILLS,     ) | |
| Defendant.     ) | |

    For the reasons set forth in the stipulation of the parties, filed on June 6, 2006,  IT IS HEREBY ORDERED that the status conference currently scheduled for June 6, 2006, be continued until Tuesday, July 18, 2006, at 8:30 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' June 6, 2006 stipulation, the time under the Speedy Trial Act is excluded from

///

///

///

1

1  June 6, 2006, through July 18, 2006, pursuant to 18 U.S.C.
2  §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide
3  defense counsel with the reasonable time to prepare.
4  Dated: June 6, 2006

```
                              _____
                              MORRISON C. ENGLAND, JR
                              UNITED STATES DISTRICT JUDGE
```