DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
CANTRELL HILLS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:06-cr-0141 MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS HEARING |
| CANTRELL HILLS, | |
| Defendant. | |

This case is currently scheduled for a status hearing on July 18, 2006.  The attorneys for both parties have conferred and agree that additional time is needed for defense review of discovery, provision of further discovery, and investigation of the case.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for July 18, 2006, be continued until August 8, 2006.  In addition, the parties stipulate that the time period from July 18, 2006, to August 8, 2006, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

///

///

///

1

1 | A proposed order is attached and lodged separately for the court's convenience.

DATED: July 17, 2006

Respectfully submitted,

| McGREGOR W. SCOTT | DANIEL BRODERICK |
| United States Attorney | Federal Defender |

 /s/Lexi Negin for S. Spangler      /s/ Lexi Negin
SAMANTHA SPANGLER                LEXI NEGIN
Assistant U.S. Attorney          Assistant Federal Defender
Attorney for United States       Attorney for Cantrell Hills

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:06-cr-0141 MCE |
| Plaintiff, | |
| v. | ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| CANTRELL HILLS, | |
| Defendant. | |

For the reasons set forth in the stipulation of the parties, filed on July 17, 2006, IT IS HEREBY ORDERED that the status conference currently scheduled for July 18, 2006, be continued until Tuesday, August 8, 2006, at 8:30 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' July 17, 2006 stipulation, the time under the Speedy Trial Act is excluded from July 18, 2006, through August 8, 2006, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: July 17, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE