DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
CANTRELL HILLS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-06-141 MCE |
| Plaintiff, | ) | |
| v. | ) ) ) | STIPULATION AND ORDER TO VACATE STATUS HEARING AND SET CASE FOR CHANGE OF PLEA HEARING |
| CANTRELL HILLS, | ) ) | |
| Defendant. | ) | |

    This case is currently scheduled for a status hearing on August 8, 2006.  The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

    The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for August 8, 2006, be vacated and that the matter be scheduled for change of plea on August 29, 2006.  In addition, the parties stipulate that the time period from August 8, 2006, to August 29, 2006, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

    A proposed order is attached and lodged separately for the court's convenience.

DATED:August 10, 2006

1

Respectfully submitted,

| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| /s/Lexi Negin for S. Spangler<br>SAMANTHA SPANGLER<br>Assistant U.S. Attorney<br>Attorney for United States | /s/ Lexi Negin<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Cantrell Hills |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-06-141 MCE |
| Plaintiff, ) | |
| v. ) | ORDER VACATING STATUS CONFERENCE, SCHEDULING CASE FOR CHANGE OF PLEA HEARING, AND EXCLUDING TIME |
| CANTRELL HILLS, ) | |
| Defendant. ) | |

    For the reasons set forth in the stipulation of the parties, filed on August 2, 2006, IT IS HEREBY ORDERED that the status conference currently scheduled for August 8, 2006, be vacated and that the case be set for Change of Plea hearing on Tuesday, August 29, 2006, at 8:30 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' August 2, 2006 stipulation, the time under the Speedy Trial Act is excluded from August 8, 2006, through August 29, 2006, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: August 8, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2