1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  Lexi Negin, D.C. Bar #446153
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   CANTRELL HILLS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 2:06-cr-00141-MCE |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO CONTINUE |
| v. | ) SENTENCING HEARING |
| | ) |
| CANTRELL HILLS, | ) |
| Defendant. | ) |

This case is currently scheduled for a sentencing hearing on March 6, 2007.  The attorneys for both parties have conferred and agree that additional time is needed to prepare for sentencing including the completion of obligations pursuant to the cooperation plea agreement. Ms. Hills is not in custody.

The parties, through their respective counsel, hereby stipulate and agree that the sentencing hearing scheduled in this case for March 6, 2007, be continued until April 10, 2007.  In addition, the parties stipulate that any sentencing memoranda are due to the Court on or before April 3, 2007.

1 | A proposed order is attached and lodged separately for the court's
2 | convenience.
3
4
5 | DATED: March 5, 2007
6
7 | Respectfully submitted,
8 | McGREGOR W. SCOTT                          DANIEL BRODERICK
  | United States Attorney                     Federal Defender
9
10
  |  /s/Lexi Negin for S. Spangler             /s/ Lexi Negin
11 | SAMANTHA SPANGLER                          LEXI NEGIN
  | Assistant U.S. Attorney                    Assistant Federal Defender
12 | Attorney for United States                 Attorney for Cantrell Hills

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:06-cr-00141-MCE |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER CONTINUING SENTENCING |
| ) | HEARING |
| ) | |
| CANTRELL HILLS, ) | |
| ) | |
| Defendant. ) | |
| _____ | |

For the reasons set forth in the stipulation of the parties, filed on March 5, 2007, IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for March 6, 2007, be continued until Tuesday, April 10, 2007, at 8:30 a.m.  IT IS FURTHER ORDERED that any sentencing memoranda are due to the Court on or before April 3, 2007.

Dated:  March 5, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2