1  McGREGOR W. SCOTT
   United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:06-cr-141 MCE |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
|  | ) | CONTINUING HEARING RE JUDGMENT |
| v. | ) | AND SENTENCING |
| CANTRELL MONIQUE HILLS, | ) |  |
|  | ) | DATE: June 14, 2007 |
| Defendant. | ) | TIME: 9:00 a.m. |
|  | ) | COURT: Morrison C. England, Jr. |

### Stipulation

Plaintiff United States of America and defendant Cantrell Monique Hills, through counsel, hereby stipulate:

1. The hearing regarding judgment and sentencing may be rescheduled from April 10, 2007, to June 14, 2007 at 9:00 a.m.; and

2. Any motions to correct the pre-sentence report and any other sentencing memoranda are due June 7, 2007.

The parties need more time to complete their obligations under the plea agreement.

///

///

///

1

1     Defense counsel has authorized the prosecutor to sign this
2 stipulation on her behalf.
3 DATED:  April 6, 2007                McGREGOR W. SCOTT
                                       United States Attorney
4
5                                by    /s/ Samantha S. Spangler
                                       Samantha S. Spangler
6                                      Assistant U.S. Attorney

7 DATED:  April 6, 2007                DANIEL J. BRODERICK
                                       Federal Defender
8
9                                by    /s/ Samantha S. Spangler for
                                       Lexi Negin
10                                     Assistant Federal Defender
                                       Counsel for Ms. Hills
11

                                    **ORDER**

    Good cause appearing, IT IS SO ORDERED.

 Dated: April 12, 2007

                                   _____
                                   MORRISON C. ENGLAND, JR
                                   UNITED STATES DISTRICT JUDGE

2