UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Morrison C. England, Jr.
United States District Judge
Sacramento, California

                      RE:    Cantrell Monique HILLS
                             Docket Number:  2:06CR00141-001
                             CONTINUANCE OF PROBATION
                             VIOLATION PROCEEDINGS

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from June 18, 2009 to July 30, 2009 at 9:00 a.m.

**REASON FOR CONTINUANCE:**

The probation officer would like more time to monitor the offender's compliance with treatment and testing. This officer met with the treatment provider whom has met with the offender on three occasions. She seems to be responding, however more time is preferred to make an accurate assessment. The offender has complied with testing as directed, however, the results continue to remain positive for cannabinoids. With additional time, it is believed the urine tests will be negative if this offender has been truthful. This information is important to this officer's recommendation for sentencing.

                            Respectfully submitted,

                            /s/Kyriacos M. Simonidis for
                                TONI M. ORTIZ
                         United States Probation Officer

**REVIEWED BY:**    /s/Kyriacos M. Simonidis
                               **KYRIACOS M. SIMONIDIS**

RE:   Cantrell Monique HILLS
      Docket No. 2:06CR00141-001
      **CONTINUANCE OF PROBATION VIOLATION PROCEEDINGS**

**Supervising United States Probation Officer**

Dated:      June 11, 2009
            Sacramento, California
            TMO/cp

_____

[ X] Continuance is granted

[  ] Continuance is not granted.

[  ] Other:

Dated: June 17, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

cc:   Docket Clerk, MCE
      Samantha Spangler, Assistant United States Attorney
      Alexandra P. Negin, Defense Counsel