DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CANTRELL HILLS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:06-cr-00141-MCE |
| Plaintiff, ) | |
| v. ) | ORDER TO MODIFY SELF-SURRENDER DATE TO AUGUST 21, 2009 |
| CANTRELL HILLS, ) | |
| Defendant. ) | |

Ms. Hills is currently scheduled to self-surrender for a 14-day term in custody as a condition of probation on August 14, 2009. Due to the need to correct the Court's order and for coordination by the probation office, the probation office requests that the Court modify the order so that Ms. Hills must self-surrender by August 21, 2009. Undersigned counsel has spoken with Ms. Hills and she will surrender on August 21, 2009 before 2:00 p.m. to the United States Marshals Office.

Probation Officer Toni Ortiz specifically requests the modification. Assistant United States Attorney Samantha Spangler could not be reached prior to the filing of this proposed order, but undersigned counsel believes that the government would not object to the requested modification.

A proposed order is attached.

1

1  DATED:August 17, 2009

2

3

4

5                    Respectfully submitted,

6  DANIEL BRODERICK
   Federal Defender
7

8
   /s/ Lexi Negin
9  LEXI NEGIN
   Assistant Federal Defender
10 Attorney for Cantrell Hills

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CANTRELL HILLS,<br><br>　　　　Defendant. | CASE NO. 2:06-cr-00141-MCE<br><br>ORDER MODIFYING SELF-SURRENDER DATE |

　　　For the reasons set forth in the proposal of the defense counsel and the probation office, filed on August 17, 2009, IT IS HEREBY ORDERED that the current self-surrender date of August 14, 2009, is vacated. IT IS FURTHER ORDERED that Ms. Hills surrender to the custody of the United States Marshal Service before 2:00 p.m. on August 21, 2009.

　Dated:  August 17, 2009

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR.
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2